# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LIBERTY MUTUAL INSURANCE COMPANY, et al.,

    Plaintiffs,

vs.

ANTHONY W. LEIKER, et al.,

    Defendants.

Case No. 2:11-cv-01254-JCM-PAL

**ORDER**

This matter is before the court on Plaintiffs Liberty Mutual Fire Insurance Company's and Liberty Mutual Insurance Company's Emergency Motion for Protective Order (Dkt. #34) filed on May 26, 2012. The court has considered the Motion.

This is a declaratory relief action filed by Plaintiffs to determine whether insurance coverage exists under two separate policies for a car accident involving Defendant Anthony Leiker and Defendant Mary Ann Acosta. On April 3, 2012, the court entered an Order (Dkt. #33) staying this case until May 27, 2012. On May 17, 2012, however, Defendant Acosta served a Rule 30(b)(6) deposition notice on Liberty Mutual's counsel, noticing a deposition for June 6, 2012, and requesting production of Liberty Mutual's claim file at the deposition.

Having reviewed and considered the matter,

**IT IS ORDERED:**

1. Oral argument on Plaintiffs' Emergency Motion for Protective Order (Dkt. #34) is scheduled for **June 28, 2012, at 10:30 a.m.** before the undersigned.
2. Defendants shall file a response to the Emergency Motion on or before **June 12, 2012.**
3. Plaintiffs shall file a reply no later than **June 19, 2012.**

/ / /

1      4.      A temporary protective order is entered precluding any deposition from going forward pending the court's decision on the merits of Plaintiffs' Emergency Motion for Protective Order.

Dated this 7th day of June, 2012.

                                                     _____
                                                     Peggy A. Leen
                                                     United States Magistrate Judge